# Court of Appeals
# of the State of Georgia

ATLANTA,___March 10, 2014___

*The Court of Appeals hereby passes the following order:*

**A14I0124.  JOHN PAUL SHIRLEY v. THE STATE.**

John Paul Shirley filed an application for interlocutory review of the trial court's denial of his plea in bar, which was based on double jeopardy grounds.  An interlocutory application, however, is not necessary here.  The pretrial denial of a motion to dismiss on double jeopardy grounds is directly appealable.  See *Patterson v. State*, 248 Ga. 875 (287 SE2d 7) (1982); see also *Malloy v. State*, 293 Ga. 350, 352 (1) (744 SE2d 778) (2013) (reaffirming *Patterson*).

"This Court will grant a timely application for interlocutory review if the order complained of is subject to direct appeal and the applicants have not otherwise filed a notice of appeal." *Spivey v. Hembree*, 268 Ga. App. 485, 486 n. 1 (602 SE2d 246) (2004).  Accordingly, Shirley's application is hereby GRANTED.  He shall have ten days from the date of this order to file a notice of appeal in the trial court.[1]

The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

---

[1] If Shirley has already filed a notice of appeal from the order, he need not file a second notice.



*Court of Appeals of the State of Georgia*

  *Clerk's Office, Atlanta,* <u>03/10/2014</u>

  *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____ *Stephen E. Castlen* _____ *, Clerk.*